IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**In re: SIGILFREDO TORRES**
**SANDRA E TORRES** ) 13 B 03916
)
)
Debtor(s) ) **Judge BLACK**

*NOTICE OF WITHDRAWAL*

SIGILFREDO TORRES
SANDRA E TORRES
1602 GLENSIDE DR
BOLINGBROOK, IL 60490

Please take notice that Docket #54 the Chapter 13 Final Report and Account filed February 23, 2015 and Docket #55 Discharge of Trustee filed February 23, 2015 are being withdrawn.

I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on March 2, 2015.

/S/
Jeff Reed
For Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Rd #650
Lisle, IL 60532-4350
630-981-3888